AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF **DELAWARE**

Michael Ruccolo, individually, and on behalf of all others similarly situated,
                Plaintiff,

V.

INTEL CORPORATION, a Delaware corporation,

                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05 - 478

TO: (Name and address of defendant)

    Intel Corporation
    a Delaware Corporation
    c/o The Corporation Trust COmpany
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Scot E. Chambers, Esquire
    Jeffrey J Clark, Esquire
    Schmittinger & Rodriguez, P.A.
    414 South State Street
    P.O. Box 497
    Dover, DE 19903-0497

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO
CLERK

JUL - 8 2005
DATE

_Evette Walsh_
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7/12/05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Harold K. Brode | Investigator (Schmittinger & Rodriguez Law Firm Dover) |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served at Corporation Trust Co., 1209 Orange St. W/M, Del 19801 to Brian Pinto on 7/12/05 3:48 p.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/12/05
                Date

Signature of Server: Harold K. Brode

Address of Server: 414 South State Street
Dover, Del 19901
302/678-5483

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.