BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE INTEL MARKET PRACTICES : 
ANTITRUST LITIGATION           :   MDL DOCKET NO. _____
                               :

**EXHIBITS TO PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES'
NOTICE OF RELATED ACTIONS**



RECEIVED
JUL 15 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

56694.1