IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL RUCCOLO, on behalf of imself and all others similarly situated,<br><br>                Plaintiff,<br><br>        v.<br><br>INTEL CORPORATION,<br><br>                Defendant. | )<br>)<br>)<br>)<br>) C. A. No. 05-478-JJF<br>)<br>)<br>)<br>)<br>) |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to approval of the Court, that Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied. The parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407, and the above-styled action has been identified as a related case in that petition. As a result, the outcome of the pending petition will impact significantly the schedule of this case. No prior extensions of time have been sought or granted.

| SCHMITTINGER & RODRIGUEZ, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ Jeffrey J. Clark<br>Scott E. Chambers (#2532)<br>Jeffrey J. Clark (#3485)<br>414 South State Street<br>P.O. Box 497<br>Dover, DE 19903<br>Telephone: (302) 674-0140<br>Facsimile: (302) 674-1830<br>schambers@schmittrod.com<br>jclark@schmittrod.com | By: /s/ Richard L. Horwitz<br>Richard Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6TH Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Phone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com |
| Of Counsel:<br><br>Eugene A. Spector<br>Jeffrey L. Kudroff<br>Theodore M. Lieverman<br>SPECTOR, ROSEMAN & KODROFF, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA 19103<br>Telephone: (215) 496-0300<br>Facsimile: (215) 496-6611<br><br>Attorneys for Plaintiffs<br>MICHAEL RUCCOLO<br><br>Dated: July 29, 2005 | Of Counsel:<br><br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

692699

SO ORDERED this ___ day of _____, 2005.

_____
Joseph J. Farnan, Jr., U.S.D.J.

2