IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Michael Ruccolo, individually, and on behalf of all others similarly situated, )<br>)<br>)<br>) | |
| v. )<br>) | C.A. NO.: 05 cv 0478 |
| INTEL CORPORATION, a Delaware corporation, )<br>)<br>)<br>) | |
| Defendant. ) | |

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Eugene Spector, Esquire, Jeffrey Corrigan, Esquire Jeffrey Kodroff, Esquire and William Caldes, Esquire to represent Michael Ruccolo in this matter.

SCHMITTINGER AND RODRIGUEZ, P.A.

BY: _____
SCOTT E. CHAMBERS, ESQUIRE
Bar I.D. No.: 2532
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Michael Ruccolo

DATED: 8/3/05
SEC:rp

IT IS SO ORDERED this ____ day of _____, 2005, that counsel's Motion for Admission pro hac vice is granted.

_____
UNITED STATES DISTRICT COURT JUDGE

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**
**EUGENE SPECTOR**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
EUGENE SPECTOR, ESQUIRE
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Date: 8/1/05


**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**
**JEFFREY KODROFF**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: _____
JEFFREY KODROFF, ESQUIRE
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Date: 8/1/05

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE
### WILLIAM CLADES

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *William Caldes*
WILLIAM CALDES, ESQUIRE
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Date: 8/1/05

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE
### JEFFREY CORRIGAN

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Signed: *Jeffrey Corrigan*
JEFFREY CORRIGAN, ESQUIRE
Spector, Roseman & Kodroff, P.C.
1818 Market Street, Suite 2500
Philadelphia, PA 19103

Date: 8/1/05

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Michael Ruccolo, individually, and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) |

**CLASS ACTION COMPLAINT**
**JURY TRIAL DEMANDED**

CASE NO.: 05 cv 0478

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

to be served upon:   RICHARD A. RIPLEY, ESQUIRE
Bingham, McCutchen, L.L.P.
The Evening Star Building
Suite 800
1101 Pennsylvania Avenue, N.W.
Washington, DC 20004

by mailing copies to him at his address listed above on August 3, 2005.

SCHMITTINGER & RODRIGUEZ, P.A.

BY:_____
SCOTT E. CHAMBERS, ESQUIRE
Bar I.D. No. 2532
414 S. State Street
P.O. Box 497
Dover, DE 19901
(302) 674-0140
Attorney for Plaintiff

DATED: 8/3/05